# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Nathalia Rosario

_____

Write the full name of each plaintiff.

-against-

R&M Richards, Inc.

_____

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been assigned)

Do you want a jury trial?
☐ Yes   ☒ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Nathalia | | Rosario |
|---|---|---|
| First Name | Middle Initial | Last Name |

2010 Powell Avenue Apt. 3L
Street Address

| Bronx, NYC | | |
|---|---|---|
| County, City | State | Zip Code |

| | Nathalia_Rosario@fitnyc.edu |
|---|---|
| Telephone Number | Email Address (if available) |

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: R&M Richards, Inc.
Name

1441 Broadway 4th Floor
Address where defendant may be served

| Manhattan, NYC | NY | 10018 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:
Name

Address where defendant may be served

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

_____
Name

_____
Address where defendant may be served

| County, City | State | Zip Code |

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
R&M Richards, Inc.
_____
Name

Address
| Manhattan, NYC | NY | 10018 |
| County, City | State | Zip Code |

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____


☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

   My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

   I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

   My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

   My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):
   N.Y. Jud. Ct. Acts Law § 519

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☐ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I was fired from my employer after serving two weeks of jury duty. I served on jury duty from October 24 through November 7. I was fired from my employer on November 18th. I received no letter and no reason for my termination.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

- ☐ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge? _____

- ☒ No

Have you received a Notice of Right to Sue from the EEOC?

- ☐ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice? _____

    When did you receive the Notice? _____

- ☒ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

- ☐ direct the defendant to hire me
- ☐ direct the defendant to re-employ me
- ☐ direct the defendant to promote me
- ☐ direct the defendant to reasonably accommodate my religion
- ☐ direct the defendant to reasonably accommodate my disability
- ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
  $30,588 (Part of my annual salary, I was promised.)

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| **Dated:** 11/23/2022 | **Plaintiff's Signature:** *Nathalia Rosario* | |
| **First Name:** Nathalia | **Middle Initial:** | **Last Name:** Rosario |
| **Street Address:** 2010 Powell Avenue Apt. 3L | | |
| **County, City:** Bronx, NYC | **State:** NY | **Zip Code:** 10472 |
| **Telephone Number:** (347)-544-6419 | **Email Address (if available):** Nathalia_Rosario@fitnyc.edu | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. See ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

---

Rosario, Nathalia
Name (Last, First, MI)

2010 Powell Ave. Apt. 3L  Bronx          NY              10472
Address                    City           State           Zip Code

(347)-544-6419                            Nathalia_Rosario@fitnyc.edu
Telephone Number                          E-mail Address

11/23/2022                                [signature: Nathalia Rosario]
Date                                      Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007



**UNITED STATES DISTRICT COURT**
CONSTANCE BAKER MOTLEY JURY ASSEMBLY ROOM 160
500 PEARL STREET, NEW YORK, NY   10007

# WELCOME JURORS

In this Federal Court we select juries for civil and criminal cases as well as grand jury. This Court's jurisdiction covers the five counties below:  If you <u>DO NOT LIVE</u> in **MANHATTAN, THE BRONX, WESTCHESTER, ROCKLAND OR PUTNAM** counties, please bring that fact to the attention of the clerks immediately.

**How long will I serve?**
Your term of service begins today and includes this week, and possibly next week. It is possible to be selected for a case that may be longer than the two-week period. However, the judge trying the case will provide information to you regarding the nature and length of the trial. If you have a problem with the length of the trial be sure to inform the judge when your turn comes to respond. There may be days when your presence is not required—on those days you should return to work.

**How can I get proof of my jury service?**
You can get proof of your jury service by logging onto our <u>eJuror Website</u> with your 9-digit participant number at <u>www.nysd.uscourts.gov/ejuror</u> and clicking the menu on the left for "Attendance Letter." This attendance letter will serve as proof to all courts that you served here in the U.S. District Court for the Southern District of New York. After serving here you are exempt from jury service in any other court for up to four (4) years depending on the court. However, you must provide a copy of your Letter of Attendance to the issuing court.

Fill in your Participant # here____16579170_____and keep for future reference.

**How much will I be paid?**
The Federal Court will pay you an attendance fee of $50.00 per day plus a travel fee.  The travel fee will cover the cost of public transportation, even if you take a Metro-North train and a subway to get here. The travel fee is paid automatically, and you do not need to submit public transportation receipts.

<u>Your paycheck will arrive 8-10 weeks from your last day of service.</u>

**What if my employer pays me for my jury service?**
Federal Court must pay jurors for their service regardless if a state, city or private employer pays their employees for jury duty. Jurors must arrange with their employer's Human Resources Department on how compensation is to be made.

**What if I drive my car to jury duty?**
Jurors from Westchester, Rockland and Putnam counties who drive, either to your local train station or who drive to the courthouse, can claim parking and toll costs over and above the travel fee. You must collect all receipts and complete a TOLL & PARKING CLAIM FORM. If you park at a meter or *use EZ-PASS*, you can claim those costs without receipts by following the instructions at the foot of the form. The form is accompanied by an envelope. Collect all your receipts and after your last day of service mail the completed form including all receipts within three days of your last day of service. Any reimbursement request postmarked after the three (3) day period will not be honored.

**Are eating, drinking & smoking allowed in the building?**
Please do not eat, drink or smoke in the courtrooms or in the Jury Assembly Room.  Restrooms, water fountains and a public telephone are located in the rear of the Jury Assembly Room. Although there is a cafeteria in this building, you are *not* allowed to use it as that is where lawyers and defendants eat. However, when excused for lunch, there are many restaurants in the area to choose from. Please manage your time accordingly when choosing a restaurant for lunch.

Rev/2020

**UNITED STATES DISTRICT COURT**

CHAMBERS OF
JUDGE JOHN G. KOELTL
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

November 7, 2022

To Whom It May Concern,

This is to inform you that *Nathalia Rosario* sat as a juror before me in the matter of United Realty Advisors, LP v. Eli Verschleiser, 14 civ 5903 (JGK). The trial commenced on October 24, 2022, and concluded on November 7, 2022. The juror sat before me on the following days: October 24, 25, 26, 27, 28, 31 and November 1, 2, 3, 4 and 7, 2022.

If there are any questions, please feel free to contact my chambers at (212) 805-0222 or (212) 805-0107. Thank You.

John G. Koeltl
United States District Judge