```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHALIA ROSARIO,

                            Plaintiff,

       -against-

R&M RICHARDS, INC.,

                            Defendant.
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 05/04/2023

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-10096 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no.16). A telephone conference will be held on **Thursday, June 29, 2023 at 4:00p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff**

**SO ORDERED.**

Dated: May 4, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge