UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NATHALIA ROSARIO, :
:
Plaintiff, :
: 22-CV-10096 (JMF)
-v- :
: ORDER
R&M RICHARDS, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 4, 2023 Scheduling Order, ECF No. 15, all discovery in this matter closed on September 4, 2023. The parties have not filed any motions for summary judgment — or any letters indicating an intent to move for summary judgment — by the subsequent deadlines. No later than **October 13, 2023**, each party shall file a letter advising the Court of the current status of this case and any proposed next steps. The Court is aware that the parties are scheduled to appear before Magistrate Judge Parker for a settlement conference on December 20, 2023. But unless and until the Court orders otherwise, the settlement conference has no effect on any pending deadlines, including those set forth in this Order.

      SO ORDERED.

Dated: October 6, 2023
      New York, New York
                                             _____
                                                 JESSE M. FURMAN
                                              United States District Judge